UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Emily Barbosa,

                           Plaintiff,

        -against-

Inserra Supermarkets, Inc.,
Shoprite of West Nyack #288,

                         Defendants.
-------------------------------------------------------------------X

7:22-CV-6169 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **January 5, 2024**, providing the Court with an update on the status of settlement discussions.

      **SO ORDERED.**

DATED:    White Plains, New York
                January 3, 2024

                                                    _____
                                                    VICTORIA REZNIK
                                                    United States Magistrate Judge